COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re Texas Technical Services, Inc.

Appellate case number:    01-16-00635-CV

Trial court case number:  2014-16785

Trial court:              133rd District Court of Harris County

Relator, Texas Technical Services, Inc., filed a petition for writ of mandamus, in this Court on August 11, 2016. Relator also filed a motion for emergency relief, asking that we stay the trial, scheduled to begin on Monday, August 15, 2016. Real party in interest, Parking Guidance Systems, LLC, filed a response to the motion for emergency relief, opposing the motion.

We grant the motion and order the trial in trial court cause number 2014-16785, currently set to begin on August 15, 2016, **STAYED**, pending resolution of the petition for writ of mandamus.

The Court requests real party in interest to file a response to the petition for writ of mandamus within 14 days from the date of this order.

It is so ORDERED.


Judge's signature: /s/ Rebeca Huddle
                   ☑ Acting individually    ☐ Acting for the Court


Date: August 12, 2016